IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERRY FOSTER and
JANIE BREWER                                                                            PLAINTIFFS

v.                              No. 3:20-cv-222-DPM

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 1516;
KIRK DOUGLAS; SANDRA LEE;
SHAWN PHARES; DAVID
MCDONALD; THOMAS WIGTON;
DAVE DOBBINS; LARRY DAUK; JOSH
HARDIN; CLINTON JOHNSON; BILL
WINN; and WILLIAM WATSON                                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice for lack of subject matter jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2020