## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERRY FOSTER and**
**JANIE BREWER**                                                **PLAINTIFFS**

**v.**                          **No. 3:20-cv-222-DPM**

**INTERNATIONAL BROTHERHOOD OF**
**ELECTRICAL WORKERS LOCAL 1516,** *et*
*al.*                                                **DEFENDANTS**

### ORDER

Foster and Brewer respectfully move for reconsideration, which the Court has done. The difficulties presented by the complaint remain. First, they neither demanded that Local 1516's *board* take action nor demonstrated that this demand would have been futile. Second, while the statute speaks of fiduciary duties generally, as a whole it is directed at a violation of those duties connected with Union money or other property. Foster and Brewer's case does not allege that kind of financial misdealing. Motion, *Doc. 7*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2020